IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE JAMES SJOBLOM,
on behalf of himself and a class of employees
and/or former employees similarly situated,                        ORDER

                    Plaintiff,                        3:07-cv-0451-bbc

      v.

CHARTER COMMUNICATIONS, LLC,
CHARTER COMMUNICATIONS (CCI),
INC. and CHARTER COMMUNICATIONS,
INC.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In response to a telephone inquiry from defendants' counsel Lisa Schreter, a hearing was held by telephone on January 11, 2008.  Plaintiff was represented by Michael Modl, Timothy Edwards, Eric Haag and Dan McAlbanah. Defendants were represented by Lisa Schreter, Jacqueline Kalk and Brad Strawn.

No ruling was made on defendants' request. Instead, plaintiff's counsel may have until noon, January 16, 2008 to file a response to defendants' motion for clarification of the court's protective order that addresses defendants' concerns about plaintiff's actions and

1

statements at the workplace.  Defendants' counsel may have until noon on January 18, 2008 in which to file and serve a response.  All filings are to be electronic.

In the interim, until a decision has been reached on the motion for reconsideration, plaintiff's counsel is to advise his client not to talk about this lawsuit at the workplace during work hours.

Entered this 11th day of January, 2008.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2