IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE JAMES SJOBLOM,
on behalf of himself and a class of employees
and/or former employees similarly situated,

      Plaintiff,          ORDER

  v.

                     07-cv-451-bbc

CHARTER COMMUNICATIONS, LLC and
CHARTER COMMUNICATIONS, INC.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   This is a civil action for monetary, declaratory and injunctive relief under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, and Wisconsin law. This court authorized plaintiff's sending notice to the individuals that fall within the class. Dkt. ##239 and 242. Before the court is plaintiff's motion for court of approval of e-mails to be sent to current and former Charter employees and a press release that plaintiff intends to distribute to various media outlets in Charter's service area. Dkt. #241. Defendants object to the content of the proposed e-mails, arguing that they substantially change the language of the notice authorized by the court. Instead, defendants propose that the e-mails to current and former employees state only the following: "Please see the attached Notice and Consent to

1

Join Collective Action regarding lawsuit entitled Sjoblom v. Charter Communications, LLC (Case No. 07-C-0451-C)." Dkt. #244. Defendants also object to the use of the term "class action" in the press release and have proposed other revisions to that document. Because I share some of defendants' concerns, I have revised the proposed communications. Plaintiff is authorized to distribute the attached e-mails and press release.

On a related matter, I note that on March 6, 2008, defendants identified other position titles that are now or have been equivalent to those listed in the class definition. Dkt. #240. Those position titles were included in the class definition in the Notice and Consent Form authorized by the court on March 7, 2008. Dkt. #242. On March 11, 2008, the parties contacted the court to discuss plaintiff's concerns regarding these new position titles. In a teleconference with the parties that day, Magistrate Judge Crocker authorized the parties to revise the list of job titles that may fit within the class definition in the Notice. I will authorize the parties to do the same with respect to the job titles identified in the attached press release.

ORDER

IT IS ORDERED that plaintiff's motion for court approval of notices is GRANTED in part. Plaintiff is authorized to distribute the attached e-mails and press release.

Entered this 12th day of March, 2008.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

Subject: Charter Communications Collective Action Lawsuit

Dear Employee of Charter Communications, LLC:

You have been sent this e-mail to inform you of a lawsuit entitled <u>Sjoblom v. Charter Communications, LLC</u> (Case No. 07-cv-0451-bbc) in which you are potentially eligible to participate. Please see the attached Notice and Consent to Join Collective Action regarding lawsuit or http://www.charterclassaction.com.

To participate, you must return a completed Consent Form by May 15, 2008.

Very Truly Yours,

Attorneys for Maurice James Sjoblom

| | |
|---|---|
| Atty. Michael J. Modl | Atty. Robert J. Gingras |
| AXLEY BRYNELSON, LLP | GINGRAS, CATES & LUEBKE, S.C. |
| (800) 368-5661 | (888) 357-7661 |
| mmodl@axley.com | gingras@gcllawyers.com |

Subject:  Charter Communications Collective Action Lawsuit

Dear Former Employee of Charter Communications, LLC:

You have been sent this e-mail to inform you of a lawsuit entitled Sjoblom v. Charter Communications, LLC (Case No. 07-cv-0451-bbc) in which you are potentially eligible to participate.  Please see the attached Notice and Consent to Join Collective Action regarding lawsuit or http://www.charterclassaction.com.

To participate, you must return a completed Consent Form by May 15, 2008.


Very Truly Yours,

Attorneys for Maurice James Sjoblom

| | |
|---|---|
| Atty. Michael J. Modl | Atty. Robert J. Gingras |
| AXLEY BRYNELSON, LLP | GINGRAS, CATES & LUEBKE, S.C. |
| (800) 368-5661 | (888) 357-7661 |
| mmodl@axley.com | gingras@gcllawyers.com |

**PRESS RELEASE**
**FOR IMMEDIATE RELEASE**

**March XX, 2008**

Contact:

Kim M. Straka, Media Contact
608.283.6744 or kstraka@axley.com

**Federal Collective Action Lawsuit Filed Against**
**Charter Communications, LLC**

(Madison, WI) The law firms of Gingras, Cates & Luebke, S.C. and Axley Brynelson, LLP today announced a federal collective action lawsuit against Charter Communications, LLC seeking unpaid wages and overtime compensation for approximately 8,000 current and former employees of Charter Communications, LLC.

The lawsuit was filed by a field technician employed at Charter's Janesville, Wisconsin office. The case involves Charter field technicians who were assigned a company vehicle and kept the vehicle at home overnight anytime after March 15, 2005. The plaintiff contends that Charter has failed to compensate field technicians for a variety of tasks, including loading and unloading the company vehicle, travel time and uncompensated pre-work activities such as gathering and stocking equipment, reconciling equipment inventories, vehicle cleaning and completing work activity logs and other paperwork in violation of the federal Fair Labor Standards Act (FLSA).

The field technicians who may participate in the collective action include employees who have held any of the following positions since March 15, 2005: Broadband Technician I; Broadband Technician II; Broadband Technician III; Sr. Broadband Technician; Broadband Technician V - Lead; System Technician I; System Technician II; Sr. System Technician; System Technician - Lead (otherwise known as Service Technician, Installer or Installer Repair Technician); Systems Chief Technician; Data Services Technician I; Data Services Technician II; Data Services Technician Senior; System Field Coordinator; Installation Trainee; Installer Trainee; Repair Technician; and Reverse Specialist.

The United States District Court for the Western District of Wisconsin has granted conditional certification of a collective action in this case and has permitted the plaintiff's attorneys to distribute two forms – an FLSA Notice Form and a Consent Form – to individuals who may be eligible to participate in the lawsuit as plaintiffs. Under the federal

wage and hour law, eligible individuals can only participate in the lawsuit if they complete and return a Consent Form. Consent Forms must be postmarked by no later than _____.

For more information regarding this lawsuit, or to obtain a copy of the FLSA Notice Form and Consent Form, go to http://www.charterclassaction.com, or contact:

| | |
|---|---|
| Atty. Michael J. Modl | Atty. Robert J. Gingras |
| AXLEY BRYNELSON, LLP | GINGRAS, CATES & LUEBKE, S.C. |
| (800) 368-5661 | (888) 357-7661 |
| mmodl@axley.com | gingras@gcllawyers.com |