IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE JAMES SJOBLOM,
on behalf of himself and a class of employees
and/or former employees similarly situated,            ORDER

                      Plaintiff,                          07-cv-451-bbc

    v.

CHARTER COMMUNICATIONS, LLC and
CHARTER COMMUNICATIONS, INC.,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Before the court is plaintiff's motion to strike the December 21, 2007 notice of deposition submitted as an attachment to defendant's January 2008 motion for a protective order. Dkt. #163, Exh. #1. Plaintiff asks for permission to substitute that document with an amended version, dkt. #218, Exh. B, because his attorney has since discovered that it contained inappropriate and offensive content. Specifically, Request No. 47 asked defendants to produce "all records from your attorneys' last gynecological examination." Dkt. #163, Exh. #1 at 26. Defendants do not oppose plaintiff's request but note that even if intended only as a sophomoric attempt humor, the conduct was inappropriate, sexist and

1

has no place in federal court. Defendants are correct. However contentious this lawsuit may be, "jokes" like the one in Exh. #1 of dkt. #163 have no place in it or any other litigation.

ORDER

IT IS ORDERED that plaintiff's motion to strike exhibit #1 from docket #163 and substitute for it docket #218, exhibit B is GRANTED.

Entered this 7th day of April, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge