IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE JAMES SJOBLOM,
on behalf of himself and a class of employees
and/or former employees similarly situated,                          ORDER

                    Plaintiff,                                     07-cv-451-bbc

    v.

CHARTER COMMUNICATIONS, LLC and
CHARTER COMMUNICATIONS, INC.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Before the court is plaintiff's itemization of costs and fees incurred in bringing his Rule 37(b) motion for sanctions against defendant Charter Communications, LLC for noncompliance with this Court's January 4, 2008 order compelling discovery. Dkt. ## 265-67. In an order entered on March 28, 2008, the court allowed defendant until April 14, 2008 by which to object to the reasonableness of the claimed expenses. Dkt. # 258. Defendant has not filed an objection. Because the claimed expenses are undisputed and appear reasonable, I am awarding plaintiff's request for fees and costs in the amount of $10,770.

1

ORDER

IT IS ORDERED that pursuant to Fed. R. Civ. P. 37(a)(4), defendant Charter Communications, LLC shall pay plaintiff's attorneys $10,770 for reasonable fees and costs incurred in bringing the motion for sanctions no later than May 28, 2008.

Entered this 28th day of April, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge