IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAURICE JAMES SJOBLOM, on behalf
of himself and a class of employees and/or
former employees similarly situated,

      Plaintiff,

v.                               Case No.: 07-C-0451-C

CHARTER COMMUNICATIONS, LLC,
AND CHARTER COMMUNICATIONS
(CCI), INC. (Fict Name), A/K/A
CHARTER COMMUNICATIONS, INC.
(Corp Name),

      Defendants.

---

**AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED
SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, AND
APPROVAL OF CLASS NOTICE PROGRAM AND FORM OF CLASS NOTICE
<u>AND CLAIM, WAIVER, AND RELEASE FORM</u>**

For the reasons explained in the memorandum of law filed herewith, the Parties move this Court to enter an Order: (1) asserting jurisdiction over the claims and parties alleged in Plaintiff's Third Amended Complaint and administration of the Parties' proposed Stipulation and Settlement Agreement ("Settlement Agreement"); (2) granting preliminary approval of the Parties' proposed Settlement Agreement; (3) conditionally certifying the Wisconsin State Law Rule 23 class defined in the Parties' Settlement Agreement for settlement purposes only; (4) appointing Maurice James Sjoblom as settlement class representative; (5) approving the Class Notice and class Claim, Waiver, and Release Form ("Claim Form") attached as Exhibits 2 and 3 to the Parties' proposed Settlement Agreement and authorizing mailing of same to members of the Settlement Classes; (6) appointing as class counsel Gingras, Cates & Leubke, S.C. and Axley Brynelson, LLP; (7) appointing Rust Consulting Services, Inc. as the settlement claims

administrator; (8) setting a date for the execution and return of claim forms and filing of objections or opting out of the settlement; and (9) scheduling a hearing as the Court's calendar permits for the final approval of the Parties' proposed Settlement Agreement and entry of a final order dismissing with prejudice all claims encompassed by such agreement.

WHEREFORE, for the reasons explained in the attached memorandum of law and supporting exhibits thereto and in the supporting declarations, the Parties request that their Agreed Motion for Preliminary Approval of Proposed Settlement, Conditional Class Certification, and Approval of Class Notice Program and Form of Class Notice and Claim, Waiver, and Release Form be granted, and that the proposed order attached hereto as Exhibit A be entered on the docket.

Respectfully submitted this 20th day of August, 2008.

>MAURICE JAMES SJOBLOM,
>on behalf of himself and a class
>of employees and/or former employees
>similarly situated,
>
>By: s/ Michael J. Modl (with consent)
>Michael J. Modl
>mmodl@axley.com
>Timothy J. Edwards
>tedwards@axley.com
>Axley Brynelson, LLP
>2 East Mifflin Street, Ste. 200 (53703)
>Post Office Box 1767
>Madison, WI 53701-1767
>
>Robert J. Gingras
>gingras@gcllawyers.com
>GINGRAS, CATES & LUEBKE, S.C.
>8150 Excelsior Drive
>Madison, WI 53701-1808
>
>**ATTORNEYS FOR PLAINTIFFS**

s/ Harry W. Wellford, Jr.
Lisa A. Schreter
Georgia Bar No.: 629852
lschreter@littler.com
Bradley E. Strawn
Georgia Bar No.: 004419
bstrawn@littler.com
LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Telephone: (404) 233-0330

Harry W. Wellford, Jr.
Missouri Bar No.: 32305
hwellford@littler.com
Kimberly A. Yates
Missouri Bar No.: 49879
kyates@littler.com
LITTLER MENDELSON, P.C.
Two City Place, Suite 200
St. Louis, MO 63141
Telephone: (314) 432-4797

Andrew J. Voss
Minnesota Bar No.: 241556
avoss@littler.com
LITTLER MENDELSON, P.C.
80 South Eighth Street
Suite 1300
Minneapolis, MN 55402
Telephone: (612) 630-1000

**ATTORNEYS FOR DEFENDANTS**