IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE JAMES SJOBLOM,
on behalf of himself and a class of employees
and/or former employees similarly situated,            ORDER

           Plaintiff,            07-cv-451-bbc

     v.

CHARTER COMMUNICATIONS, LLC,
CHARTER COMMUNICATIONS (CCI),
INC. and CHARTER COMMUNICATIONS,
INC.

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     A telephone hearing on briefing was held in this case on September 26, 2008 before United States District Judge Barbara B. Crabb. Plaintiffs appeared by Michael Modl and Robert Gingras. Defendants were represented by Harry Wellford, Jr. Kathleen Wagner appeared on her own behalf.

     Counsel advised the court that it is not necessary to set any briefing on their motion for attorneys fees because the motion is uncontested. The itemization of attorney fees is to be filed no later than October 10, 2008. All submissions in connection with the attorney fees are to be filed unsealed.

1

As to Ms. Wagner's lien, the plaintiffs and Ms. Wagner may have until December 1, 2008, in which to submit simultaneous briefs on the issue of the amount to which Ms. Wagner is entitled. Simultaneous response briefs are due no later than December 15, 2008. Submissions in connection with the lien may be submitted under seal, provided that the person submitting the sealed information makes a showing to the court of the necessity for sealing.

Entered this 26th day of September, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge