IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE JAMES SJOBLOM,
on behalf of himself and a class of employees
and/or former employees similarly situated,                               ORDER

                Plaintiff,                                                     07-cv-451-bbc
    v.

CHARTER COMMUNICATIONS, LLC and
CHARTER COMMUNICATIONS, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Class counsel Gingras, Cates and Luebke, S.C.; Axley Brynelson, LLP; and Kathleen Wegner have submitted petitions for an award of fees and costs in the above-captioned action pursuant to the parties' stipulation and settlement agreement, which the court preliminarily approved in an order entered on August 27, 2008. Dkt. ## 353, 363 and 369. Defendants have advised the court that they will not be contesting the motions. See dkt. #358. As discussed in the August 2008 order, the court will rule on the motions at the final approval hearing scheduled for February 13, 2009, after it has had an opportunity to hear from members of the settlement classes. See Fed. R. Civ. P. 23(h).

Entered this 3rd day of November, 2008.

                BY THE COURT:

                /s/

                _____
                BARBARA B. CRABB
                District Judge