# GINGRAS, CATES & LUEBKE, S.C.
*"WE'LL BE WITH YOU EVERY STEP OF THE WAY"*

ROBERT J. GINGRAS
JOHN L. CATES
MICHAEL J. LUEBKE
PAUL A. KINNE
ERIC J. HAAG
HEATH P. STRAKA

JAMIE STOCK-RETZLOFF
SUSAN M. KURIEN

PERSONAL INJURY

PROFESSIONAL MALPRACTICE

CIVIL RIGHTS

INSURANCE MISCONDUCT

CLASS ACTION LITIGATION

8150 Excelsior Drive
P.O. Box 1808
Madison, WI  53701-1808

Phone (608) 833-2632
Fax (608) 833-2874

gcl@gcllawyers.com
www.gcllawyers.com

March 9, 2009

The Honorable Barbara B. Crabb
United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53701

    Re:    *Sjoblom v. Charter Communications, LLC, et al.*
            Case No.: 07-C-0451-C

Dear Judge Crabb:

    The parties are filing with the Court today the Agreed Upon Tax Procedures for Maurice J. Sjoblom v. Charter Communications, et al. The document references Exhibits A, B and C. The parties wanted your Honor to know that they are currently working on the exhibits and will file them separately with the Court once they are completed.

    Thank you.

                                                Very truly yours,

                                              GINGRAS, CATES & LUEBKE, S.C.

                                              s/ Robert J. Gingras

/crb
cc:    Maurice Sjoblom (w/ attachment via US mail)
        All Counsel of Record (via ecf notice)