9/14/2009

Judge Crab,

DOC NO
REC'D/FILED
2009 SEP 17 AM 9: 52
PETER OPPENEER
CLERK OF DIST COURT

    I would like to request a hearing for some problems I am having with my case Sjoblom vs Charter Communications. I am now representing myself in the matter of this. Please mail me back a confirmation date or call me at (608) 554-5075. Thank you.

Maurice Sjoblom

855 Eighth St.

Beloit, WI 53511