IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE JAMES SJOBLOM,
on behalf of himself and a class of employees
and/or former employees similarly situated,          ORDER

                Plaintiff,          07-cv-451-bbc

    v.

CHARTER COMMUNICATIONS, LLC,
CHARTER COMMUNICATIONS (CCI),
INC. and CHARTER COMMUNICATIONS,
INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On February 13, 2009, I approved the settlement agreement entered into by the parties in this action. The case was dismissed with prejudice and judgment was entered. Now plaintiff Maurice Sjoblom has filed a motion requesting a hearing "for some problems [he is] having with [the] case" and notifies the court that he is now appearing pro se. I will deny this motion because plaintiff provides no explanation for why the court should schedule a hearing. In addition, plaintiff has filed his motion pro se, apparently choosing to forgo the assistance of class counsel, Robert J. Gingras of Gingras, Cates & Luebke, S.C., and Michael

1

J. Modl of Axley Brynelson, LLP.  If plaintiff believes that defendants are violating terms of the settlement agreement, he should contact class counsel directly.

ORDER

IT IS ORDERED that plaintiff's motion for a hearing, dkt. #407, is DENIED.

Entered this 22nd day of September, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge